# IN THE SUPREME COURT OF THE STATE OF NEVADA

SOBB, LLC,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE GLORIA
STURMAN, DISTRICT JUDGE,
Respondents,
and
TAP UR FITNESS, LLC,
Real Party in Interest.

No. 82650

FILED

SEP 16 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying summary judgment. Having considered the petition and supporting documents, we are not convinced that petitioner has met its burden of demonstrating that our extraordinary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (observing that "the issuance of a writ of mandamus or prohibition is purely discretionary with this court"). Generally, we will not consider writ petitions challenging orders denying motions for summary judgment, and we are not persuaded that any exception to the general rule applies here. *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997). Moreover, we have recognized that petitions for writ relief should not be utilized as a vehicle

21-26892

for piecemeal appellate review. *See W. Cab Co. v. Eighth Judicial Dist. Court*, 133 Nev. 65, 67, 390 P.3d 662, 667 (2017). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.          _____, Sr.J.
Stiglich                               Gibbons


cc:    Hon. Gloria Sturman, District Judge
       Semenza Kircher Rickard
       Mueller & Associates
       Eighth District Court Clerk

_____

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.